IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH K. HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-3983-K |
| | § | |
| PROGRESSIVE INSURANCE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's motion to strike [Dkt. No. 25] is **DENIED**. Defendant's motion for sanctions [Dkt. No. 26] is **DENIED**. Defendant's motions to dismiss [Dkt. Nos. 22 & 35] are treated as motions for summary judgment and are **GRANTED**, and Plaintiff's claims are dismissed **with prejudice**.

Plaintiff is **WARNED** that sanctions may be imposed if he persists in providing incomplete and misleading responses in seeking *in forma pauperis* status or persists in filing frivolous lawsuits.

SO ORDERED.

Signed February 24th, 2014.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE